IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
GENE COGGINS,                   )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )     3:09cv877-MHT
                                )         (WO)
UNITED STATES DISTRICT          )
COURT, EASTERN DIVISION         )
OF THE MIDDLE DISTRICT,         )
                                )
    Defendant.                  )
```

## OPINION

Plaintiff filed this lawsuit claiming that his constitutional rights have been violated by the failure to grant him relief in numerous other lawsuits filed over the years. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed as frivolous. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of January, 2011.

                                      /s/ Myron H. Thompson  
                                **UNITED STATES DISTRICT JUDGE**