IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
GENE COGGINS,                    )
                                 )
    Plaintiff,                   )
                                 )        CIVIL ACTION NO.
    v.                           )         3:09cv877-MHT
                                 )              (WO)
UNITED STATES DISTRICT           )
COURT, EASTERN DIVISION          )
OF THE MIDDLE DISTRICT,          )
                                 )
    Defendant.                   )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 5) are overruled.

(2) The United State Magistrate Judge's recommendation (doc. no. 4) is adopted.

(3) Plaintiff's motion for leave to proceed informa pauperis (doc. no. 2) is granted.

    (4) This lawsuit is dismissed in its entirety as frivolous.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of January, 2011.

                         /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE